AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>JJ DILLON #17331, KC MCDONALD #17591, MJ DIVITTORIO #462, and the CITY OF CHICAGO,<br><br>    Defendants. | **SUMMONS**<br><br>No.  08 CV 4104<br>      JUDGE GUZMAN<br>Judge MAGISTRATE JUDGE MASON<br>Magistrate Judge |

To: JJ DILLON #17331
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> HORWITZ, RICHARDSON & BAKER LLC
> 20 S. Clark St. Suite 500
> Chicago, IL 60603
> Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                    _____
(By) Deputy Clerk                                                          Date


Michael W. Dobbins, Clerk

*Jacqueline Hallinan* (signature)                                    July 21, 2008
(By) DEPUTY CLERK                                                    Date



CASE # 08CV4104

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 8-19-08 |
| NAME OF SERVER (PRINT) Dan Thompson | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: SERVED P.O. J.J. DILLON #17331 C/O CHICAGO POLICE DPT HEADQUARTERS C/O PAT MARTIN 3510 So. MICHIGAN AVE. CHICAGO IL. 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8-19-08
Date

Signature of Server

c/o Metro Service Inc.   4647 W 103rd St
Address of Server          Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.